IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDWARD FOLKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 5:16-cv-901-FB |
| | ) | |
| ILLINOIS MUTUAL LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | | |

## JOINT NOTICE OF SETTLEMENT

Defendant Illinois Mutual Life Insurance Company ("Illinois Mutual" or "Defendant"), joined by Plaintiff Edward Folks, respectfully files the following Joint Notice of Settlement.

1. The parties have reached an agreement to resolve this case. They expect to have the agreement finalized within 30 days.

2. The parties therefore request that the Court stay the current deadline of November 4, 2016 for Plaintiff to file a response to Defendant's Motion to Dismiss, and for Defendant to file a response to Plaintiff's Motion to Remand. The parties further request the Court grant them 30 days to finalize the settlement and file a joint motion to dismiss.

Respectfully submitted,

By:  /s/ Andrew F. MacRae
   ANDREW F. MACRAE
   *State Bar No. 00784510*
   LEVATINO|PACE PLLC
   1101 S. Capital of Texas Highway
   Building K, Suite 125
   Austin, Texas 78746
   Tel:  (512) 637-1581
   Fax:  (512) 637-1583

Attorneys for Defendant

## CERTIFICATE OF CONFERENCE

I hereby certify that before filing this Joint Notice of Settlement, I conferred with Robert D. Dabaghian, counsel for Plaintiff, who advised me he joins in and agrees to this Notice, and to the proposed order filed herewith.

  /s/ Andrew F. MacRae
  ANDREW F. MacRAE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Joint Notice of Settlement has been filed through the CM/ECF system on this 2nd day of November, 2016. I understand the Court's CM/ECF system will forward a Notice of Electronic Filing to the following counsel of record:

Robert D. Dabaghian
8207 Callaghan Road, Suite 250
San Antonio, Texas 78230

  /s/ Andrew F. MacRae
  ANDREW F. MacRAE