IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDWARD FOLKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-16-CA-901-FB |
| | § | |
| ILLINOIS MUTUAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## J U D G M E N T

The Court has considered the Judgment to be entered in the above styled and numbered cause.

Pursuant to the Joint Agreed Motion to Dismiss with Prejudice filed November 17, 2016 (docket #10), and the Order Granting Motion to Dismiss with Prejudice of even date herewith;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims filed in this lawsuit or that could have been filed are DISMISSED WITH PREJUDICE. Motions pending, if any, are also DISMISSED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 22nd day of November, 2016.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE